# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al., <br><br> Plaintiff, <br><br> v. <br><br> TRACY RENAUDH, et al., <br><br> Defendants. | Case No. 1:21-cv-00946-DAD-SAB <br><br> ORDER GRANTING SAMUEL YAGGY'S PRO HAC VICE APPLICATION <br><br> (ECF No. 2) |

The court has read and considered the application of Samuel Yaggy, attorney for Plaintiffs, for admission to practice Pro Hac Vice under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 2.) Having reviewed the application, Samuel Yaggy's application for admission to practice Pro Hac Vice is HEREBY GRANTED.

IT IS SO ORDERED.

Dated: **June 21, 2021**

UNITED STATES MAGISTRATE JUDGE