# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, et al.,<br><br>Defendants. | Case No.  1:21-cv-00946-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 10) |

On August 20, 2021, a stipulation was filed extending the time for Defendants to file a responsive pleading until September 24, 2021. (ECF No. 10.) The Court finds good cause to approve the stipulated request. The Court shall also continue the scheduling conference set for September 14, 2021, for a period of thirty days .

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **September 24, 2021**;

2. The scheduling conference set for September 14, 2021, is CONTINUED to **October 19, 2021, at 11:30 a.m.** in Courtroom 9; and

/ / /

/ / /

1

3.   The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 20, 2021**

UNITED STATES MAGISTRATE JUDGE