# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRACY RENAUD, et al.,<br><br>    Defendants. | Case No.  1:21-cv-00946-DAD-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANTS RESPOND TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 12) |

On September 20, 2021, a stipulation was filed further extending the time for Defendants to file a responsive pleading until October 25, 2021.  (ECF No. 12.)  The Court finds good cause to approve the stipulated request.  The Court shall also continue the scheduling conference set for October 19, 2021, for a period of thirty days .

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that:

1.      Defendants shall file a pleading responsive to the complaint on or before **October 25, 2021**;

2.      The scheduling conference set for October 19, 2021, is CONTINUED to **November 19, 2021, at 11:00 a.m.** in Courtroom 9; and

/ / /

/ / /

1

1     3.    The parties shall file a joint scheduling report **seven (7) days** prior to the

2     scheduling conference.

3

4 IT IS SO ORDERED.

5 Dated:   **September 20, 2021**

                                                UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28