# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, et al.,<br><br>Defendants. | Case No. 1:21-cv-00946-DAD-SAB<br><br>ORDER RE THIRD STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 14) |

     Plaintiffs initiated this action on June 16, 2021. (ECF No. 1.) The executed summonses indicate Defendants were served on June 28 and 29, 2021. (ECF Nos. 8, 9.) Since that time, the parties have filed two stipulated requests to extend the deadline for Defendants' response to the complaint, which this Court has granted. (See ECF Nos. 10, 11, 12, 13.)

     On October 18, 2021, the parties filed their third stipulated request to extend the time for Defendants to file a responsive pleading. (ECF No. 14.) The parties seek to extend the deadline for forty-five days to December 9, 2021, and request that all other filing deadlines be similarly extended. (ECF No. 14.) The Court finds good cause exists to approve the stipulated request but reminds the parties that any further extensions must be accompanied with a strong showing of good cause. The Court shall also continue the scheduling conference set for November 19, 2021, to January 6, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **December 9, 2021**;

2. The scheduling conference set for November 19, 2021, is CONTINUED to **January 6, 2022, at 9:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 18, 2021**

UNITED STATES MAGISTRATE JUDGE