# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRACY RENAUD, et al.,<br><br>Defendants. | Case No. 1:21-cv-00946-DAD-SAB<br><br>ORDER RE FOURTH STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 15, 16) |

Plaintiffs initiated this action on June 16, 2021. (ECF No. 1.) The executed summonses indicate Defendants were served on June 28 and 29, 2021. (ECF Nos. 8, 9.) Since that time, the parties have filed three stipulated requests to extend the deadline for Defendants' response to the complaint, which this Court has granted. (See ECF Nos. 10, 11, 12, 13, 14, 15.)

On December 9, 2021, the parties filed their fourth stipulated request to extend the time for Defendants to file a responsive pleading.[1] (ECF No. 16.) The parties seek to extend the deadline for ninety days, from December 9, 2021 to March 9, 2022, and request that all other filing deadlines be similarly extended. The parties request this extension in light of the United States Citizenship and Immigration Services recent reopening of the petitions challenged in this

---

[1] The caption of the stipulation indicates it is the third extension sought by the parties; however, as the Court has noted, this stipulation constitutes the parties' fourth request.

1

action and the parties' attempts to resolve the matter.  The parties are reminded that requests to modify the briefing schedule that are made on the eve of a deadline or thereafter will be looked upon with disfavor and may be denied absent a showing of good cause for the delay in seeking an extension.  Nevertheless, the Court finds good cause exists to approve the stipulated request. The Court shall also continue the scheduling conference set for January 6, 2022, to March 31, 2022.

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before **March 11, 2022**;

2. The scheduling conference set for January 6, 2022, is CONTINUED to **March 31, 2022, at 9:30 a.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **December 9, 2021**

UNITED STATES MAGISTRATE JUDGE