# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al., | Case No. 1:21-cv-00946-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT |
| v. | |
| TRACY RENAUD, et al., | (ECF Nos. 19, 20, 21) |
| Defendants. | |

Plaintiffs initiated this action on June 16, 2021.  (ECF No. 1.)  The parties have filed four stipulated requests to extend the deadline for Defendants' response to the complaint, which this Court has granted.  (ECF Nos. 10, 11, 12, 13, 14, 15, 16, 17.)  On March 13, 2022, the parties filed their fifth stipulated request to extend the time for Defendants to file a responsive pleading. (ECF No. 19.)  The stipulation did not specifically identify a good cause basis for the requested extension, and did not explain why it was not timely submitted.  On March 14, 2022, the Court ordered the parties to submit a filing to the Court explaining the good cause basis for the extension, and explaining why the stipulation was filed late.  (ECF No. 21.)  On March 15, 2022, Defendants filed a notice to the Court proffering that the late filing was due to the Court's ECF system being inoperable nationally on March 11, 2022, and that good cause exists for the extension of time because it will allow Defendant U.S. Citizenship and Immigration Services to adjudicate the reopened petitions at issue in this litigation.  The Court finds good cause for the

1

late-filing and for the requested extension.

    Accordingly, IT IS HEREBY ORDERED that:

1. Defendants shall file a pleading responsive to the complaint on or before June 9, 2022;

2. The scheduling conference set for March 31, 2022, is CONTINUED to June 30, 2022, at 11:00 a.m. in Courtroom 9; and

3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 18, 2022**

UNITED STATES MAGISTRATE JUDGE