# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED AHMED KASSEM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TRACY RENAUD, et al., <br><br> Defendants. | Case No.  1:21-cv-00946-DAD-SAB <br><br> ORDER RE: STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS <br><br> (ECF No. 26) |

Defendants filed a motion to dismiss on June 9, 2022, which is currently pending before the District Judge.  (ECF Nos. 23, 24.)  On June 13, 2022, the District Judge issued a minute order noting the motion to dismiss would be decided on the papers and no hearing date would be scheduled unless the District Judge deemed it necessary.  (ECF No. 24.)  On June 26, 2022, the parties filed a stipulated request to extend the time for Plaintiffs to file an opposition to the motion by forty-five days.  (ECF No. 26.)  Plaintiffs proffer they need additional time to evaluate Defendants' motion.  While this proffer of good cause is thin, the Court shall grant the stipulated request.  The parties did not request a similar extension for Defendants' reply, but the Court shall grant such extension to Defendants as well.  The Court additionally notes the parties request to vacate the hearing on the motion to dismiss.  However, as the District Judge is deciding the motion on the pleadings and no hearing date is currently set, this request is moot.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for Plaintiff to file an opposition to the motion to dismiss is extended to **August 8, 2022**; and

2. The deadline for Defendant to file any reply briefing is extended to **August 15, 2022**.

IT IS SO ORDERED.

Dated:   **June 24, 2022**

UNITED STATES MAGISTRATE JUDGE